IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>JEFFREY M. RINDONE, AND SCOTT W. RINDONE,<br><br>　　　　　　　Defendants. | 4:15CR3083<br><br>MEMORANDUM AND ORDER |

IT IS ORDERED:

1)　　　The motion of attorney Michael J. Hansen to withdraw as counsel of record for Defendant Jeffrey M. Rindone, (Filing No. 16), is granted.

2)　　　Defendant's newly retained counsel, Robert B. Creager, shall promptly notify the defendant of the entry of this order.

3)　　　The clerk shall delete Michael J. Hansen from any future ECF notifications herein.

Dated this 9th day of September, 2015

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge