IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:15-CR-3083 |
| vs. | ORDER |
| JEFFREY M. RINDONE AND SCOTT W. RINDONE, | |
| Defendants. | |

Counsel has represented to the Court that the defendants intend to change their pleas. Therefore, this case is removed from the trial docket. The parties are directed to schedule a change of plea hearing as soon as is practicable.

The time between today's date and the hearing on the anticipated pleas of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1).

Dated this 2nd day of March, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge